IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TUNSKAI PROPERTIES, LLC on behalf of itself and all other Class Members similarly situated**<br><br>v.<br><br>**CITY OF PHILADELPHIA, et al.** | **CIVIL ACTION**<br><br>**NO. 20-4004** |

**O R D E R**

**AND NOW**, this 22nd day of October, 2020, the Plaintiff, having filed an Amended Complaint (ECF 8), the Motion to Dismiss (ECF 6), is **DENIED** as **MOOT**.

Plaintiff is reminded that when filing motions or briefs with exhibits, counsel are required to submit a paper copy, bound and tabbed, of the pleading or brief and all exhibits to Chambers promptly.

BY THE COURT:

s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-4004 Tunskai Properties v City\20cv4004 order 10192020.docx