**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **TUNSKAI PROPERTIES, LLC on behalf of itself and all other Class Members similarly situated**<br><br>**v.**<br><br>**CITY OF PHILADELPHIA, et al.** | **CIVIL ACTION**<br><br>**NO. 20-4004** |

## ORDER

     **AND NOW, TO WIT:** This 22nd day of January, 2021, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

     **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

                         **KATE BARKMAN**, Clerk of Court

                                   s/ Lori K. DiSanti
**BY:**    _____
                                  Lori K. DiSanti
                                  Deputy Clerk

O:\CIVIL 20\20-4004 TUNSKAI PROPERTIES V CITY\20CV4004 41B ORDER 01222021.DOCX